Jo Indian Hunting and Fishing Club, Inc., and Arthur C. Kyle, Appellants, v. Harry A. Furman and Others, Respondents.— Interlocutory judgment unanimously affirmed, with costs, on the opinion of Justice Van Kirk at the Special Term. (Reported in 103 Misc. Rep. 511.)

Benjamin I. Allen, as Administrator, etc., Respondent, v. George S. Bixby, Appellant.— Judgment and order unanimously affirmed, with costs. H. T. Kellogg, J., not sitting. The court concludes that there is sufficient legal evidence in this case properly received upon which to sustain the verdict, and that any alleged errors in the admission or rejection of evidence, or in the judge's charge, did not affect the result, and do not call for a reversal.

Charles W. Arnold, Respondent, v. Peter Hagner, Appellant.— Judgment and order unanimously affirmed, with costs.

William W. Cline, Respondent, v. Northern Central Railroad Company and Erie Railroad Company, Appellants.— Judgment and order unanimously affirmed, with costs.

Edmund Collins, Respondent, v. Fonda, Johnstown and Gloversville Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Ida M. Camp, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Andrew Fellows, Appellant, v. Peter Hagner, Respondent.— Judgment and order unanimously affirmed, with costs.